WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
**Attorney for Secured Creditor**

Wells Fargo Bank, N.A.
09-77425

Electronically Filed on _____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | BK09-29358-mkn |
|---|---|
| | Chapter 13 |
| Gwendolyn Benson-Clark | NOTICE OF ENTRY OF INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY |
| Debtor. | HEARING DATE: 2/24/2010 |
| | HEARING TIME: 1:30 pm |

PLEASE TAKE NOTICE that on the 30th day of April, 2010, INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY was entered by the court. Copy of said order is attached herewith.

DATED _____

WILDE & ASSOCIATES

By: _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

Entered on Docket
April 30, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-77425

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-29358-mkn |
| Gwendolyn Benson-Clark | Date: February 24, 2010<br>Time: 1:30 pm<br>Motion No. 19 |
| | Chapter 13 |
| Debtor | |

**INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY**

1      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pending confirmation of the

2  Chapter 13 Plan submitted by the Debtor, the Trustee assigned to this case will disburse payments to

3  Secured Creditor, Wells Fargo Bank, N.A., concerning the Note dated May 29, 2008, and the Deed of

4  Trust of same date relating to the subject property owned by the Debtor herein, generally described as

5  1065 Cryer Ct #1, Henderson, NV 89002.

6

7      IT IS SO ORDERED.

8                     DATED this ____ day of _____, 2010.

9

10 Submitted by:

11 WILDE & ASSOCIATES    #10235

12 By: /s/Gregory L. Wilde, Esq
    Gregory L. Wilde, Esq.

13 Attorney for Secured Creditor
    212 South Jones Boulevard

14 Las Vegas, Nevada 89107

15

16 APPROVED / DISAPPROVED

17 By: _____
    David Krieger

18 1020 Garces Ave.
    Las Vegas, NV 89101

19 Attorney for Debtor(s)

20

21 APPROVED / DISAPPROVED

22 By: _____  4/14/10
    Rick A. Yarnall

23 701 Bridger Avenue #820
    Las Vegas, NV 89101

24 Chapter 13 Trustee

| | |
|---|---|
| 1 | WILDE & ASSOCIATES |
| 2 | Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417 |
| 3 | 212 South Jones Boulevard<br>Las Vegas, Nevada 89107 |
| 4 | Telephone: 702 258-8200<br>bk@wildelaw.com, |
| 5 | |
| 6 | MARK S. BOSCO, ESQ.<br>Arizona Bar No. 010167 |
| 7 | TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300 |
| 8 | Phoenix, Arizona 85016<br>Telephone: (602) 255-6000 |
| 9 | |
| 10 | Wells Fargo Bank, N.A.<br>09-77425 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-29358-mkn |
|---|---|
| Gwendolyn Benson-Clark | Date: 2/24/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 13 |

### CERTIFICATE OF SERVICE

1. On __5/5/10__ I served the following documents(s):

   NOTICE OF ENTRY OF INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   ...

X  a. ECF System

    David Krieger
    dkrieger@hainesandkrieger.com
    Attorney for Debtor

    Rick A. Yarnall
    ecfmail@lasvegas13.com
    Trustee

X  b. United States mail, postage fully prepaid:

    David Krieger
    1020 Garces Ave.
    Las Vegas, NV 89101
    Attorney for Debtor

    Gwendolyn Benson-Clark
    1065 Cryer Court Unit #101
    Henderson, NV  89002
    Debtor

☐  c. Personal Service

I personally delivered the document(s) to the persons at these addresses:

    ☐ 1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐ 2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  d. By direct mail

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e. By fax transmission

1
2    Based upon the written assignment of the parties to accept service by fax transmission or a court
3    order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by
4    the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5/5/10

By: _[signature]_